# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 4:46 pm, Mar 28, 2017

| | |
|---|---|
| AMY ROWLAND, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:15-cv-61 |
| v. | * |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | * |
| Defendant. | * |

## ORDER

After an independent and *de novo* review of the entire record, the Court concurs with the Magistrate Judge's March 10, 2017, Report and Recommendation, dkt. no. 15, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **AFFIRMS** the decision of the Commissioner. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 28 day of March, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)